professed to be a physician or surgeon, and the effect of the jury's verdict was to acquit her of treating or offering to treat W. E. Fish, the only person whom the evidence tends to show she treated or professed to be able to cure of a mental and physical disorder.

The evidence is insufficient to support the allegations of Count 2 of the information, therefore the judgment is reversed and the cause remanded.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Clinton Howell STUBBS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28929.**

Court of Criminal Appeals of Texas.

April 3, 1957.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.